AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas

FILED
AUG 13 2016
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| 1  Carlos E. SOLANO, YOB: 1990, USC | ) | Case No. M-16-1514-M |
| 2  Angel SALINAS, YOB: 1992, USC | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code § 554<br>18 United States Code § 2 | Did fraudulently and knowingly, to aid and abet, attempted to export or send from the United States, any merchandise, article, or object, to wit: 4,000 rounds of 7.62X39mm ammuntion, contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by AUSA Robert Guerra via phone

_____
Complainant's signature

Gerardo Mercado, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/13/2016

_____
Judge's signature

City and state: McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
Printed name and title

ATTACHMENT A

On August 12, 2016, Homeland Security Investigation (HSI) Special Agents (SAs) received information regarding an individual, later identified as Angel SALINAS, who made a purchased for a large quantity of ammunition in McAllen, Texas. HSI SAs conducted surveillance of SALINAS and his vehicle. HSI SAs were able to follow SALINAS to a house in the 200th block of Azalea Avenue in Hidalgo, Texas. HSI SAs observed SALINAS briefly enter the house and soon after leave the house and drive away in his vehicle. HSI SAs conducted a vehicle stop on SALINAS' vehicle and field interviewed SALINAS. SALINAS admitted to HSI SAs he had just purchase a large quantity of ammunition on behalf of an individual he identified as Carlos SOLANO.

HSI SAs detained SALINAS and provided him with his Miranda rights in the Spanish language. SALINAS stated he believed the ammunition he purchased for SOLANO was intended to be illegally smuggled into Mexico. SALINAS identified the SOLANO's house, as the house HSI SAs had previously observed SALINAS enter.

Subsequently, HSI SAs conducted surveillance on SOLANO's house and observed SOLANO exit his house. HSI SAs with the assistance of Hidalgo Police Department Officers (HPDOs) conducted a vehicle stop on SOLANO's vehicle outside his house. HSI SAs questioned SOLANO regarding the large quantity of ammunition in his house. SOLANO admitted to HSI SAs he had approximately 4,000 rounds of ammunition in his house he planned to illegal smuggle from the United States into Mexico. HSI SAs asked SOLANO for consent to search his house in order to seize the 4,000 rounds of ammunition. SOLANO granted consent verbally and signed a consent form. HSI SAs and HPDOs searched SOLANO's house and discovered and seized approximately 4,000 rounds of ammunition (7.62 X 39) inside SOLANO's bedroom.

HSI SAs placed SALINAS and SOLANO under arrest and transported them to the HSI McAllen Office in McAllen, Texas. HSI SAs provided SOLANO with his Miranda rights the English language and he agreed to answer questions without an attorney present. SOLANO admitted he had provided SALINAS with money to purchase the 4,000 rounds of ammunition. SOLANO admitted he planned for the ammunition to be illegally smuggled from the United States into Mexico by other individuals. SOLANO admitted he has successfully facilitated the purchase and smuggling of ammunition from the United States into Mexico on multiple occasions in the past. SOLANO admitted he was aware it was illegal to smuggle ammunition from the United States into Mexico.

HSI SAs re-advised SALINAS of his Miranda rights and he again agreed to answer questions without an attorney present. SALINAS admitted SOLANO provided him with money and instructions to purchase ammunition. SALINAS also admitted he has previously purchased ammunition for SOLANO on multiple occasions in the past. SALINAS admitted he was aware it was illegal to smuggle ammunition from the United States into Mexico. SALINAS acknowledged SOLANO did not have a legitimate use for the ammunition and suspected SOLANO would smuggle the ammunition from the United States into Mexico.